# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>SAMUEL LINDBLAD,<br><br>    Defendant. | NO. CR-05-206-RHW-2<br><br>**ORDER GRANTING DEFENDANT'S AMENDED MOTION FOR LEAVE TO FILE DELAYED MEMORANDUM OF LAW** |

Before the Court is Defendant's Amended Motion for Leave to File Delayed Memorandum of Law (Ct. Rec. 149). The motion was heard without oral argument.

On April 10, 2009, the Court granted Defendant's request to file a delayed memorandum. Defendant was ordered to file a memorandum within sixty days from that date. On April 21, 2009, Defendant filed an amended motion asking for an additional 90 days. Defendant indicates he needs the additional time due to his prison work schedule, federal holidays, and law library hours limit his access to the library. The Court finds that good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**

    1. Defendant's Amended Motion for Leave to File Delayed Memorandum of Law (Ct. Rec. 149) is **GRANTED**.

    2. Within 90 days from the date of this Order, Defendant is directed to file his accompanying memorandum to his 28 U.S.C. § 2255 motion.

**ORDER GRANTING DEFENDANT'S AMENDED MOTION FOR LEAVE TO FILE DELAYED MEMORANDUM OF LAW ~ 1**

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter this
2  Order and forward copies to counsel.
3  **DATED** this 24th day of April, 2009.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
United States District Court

Q:\Los Angeles Cases\Lindblad\grant2.wpd

**ORDER GRANTING DEFENDANT'S AMENDED MOTION FOR LEAVE TO FILE DELAYED MEMORANDUM OF LAW ~ 2**